UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES HERNANDEZ,

           Plaintiff,

    -against-

DEPARTMENT OF CORRECTIONS, ET AL.,

           Defendants.

25cv9124 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 2, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 6, 2026
          New York, New York

                      /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge